[No. 44432-8-I. Division One. November 6, 2000.]

*In the Matter of the Marriage of* WILLIAM L. TRUE, *Respondent*, and PENELOPE J. TRUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-08689-5, Richard D. Eadie, J., entered April 1, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Cox, J. Now published at 104 Wn. App. 291.

[No. 43707-1-I. Division One. November 6, 2000.]

*In the Matter of the Marriage of* JANET LYNN CRIVELLO, *Respondent*, and JAMES PATRICK CRIVELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-3-03827-1, Donald D. Haley, J., entered October 23, 1998. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Webster and Ellington, JJ.

[No. 41960-9-I. Division One. November 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE MITCHELL III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-03239-0, LeRoy McCullough, J., entered December 15, 1997. *Reversed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Baker, J.

[No. 41887-4-I. Division One. November 6, 2000.]

*In the Matter of the Marriage of* JAMES R. HENCHES, *Appellant*, and MADELEINE VOGEL, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-05007-9, Robert S. Lasnik, J., entered November 19, 1997. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Cox, J.